# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                                                       NO. 3:23-MC-15

**WILLIAM CORBAN GUNN**

## ORDER

On October 5, 2023, the Mississippi Supreme Court, finding that William Corban Gunn violated Mississippi Rules of Professional Conduct 1.3, 1.4(a), 8.1(b), 8.4(c) and 8.4(d), entered an Agreed Opinion and Judgment suspending Gunn from the practice of law in the State of Mississippi for six months effective November 1, 2023, to include three months of active suspension followed by three months of probation. A certified copy of the Agreed Opinion and Judgment was filed in this Court. Doc. #1.

On November 15, 2023, this Court ordered Gunn to show cause within thirty days why he should not be disciplined under Rule 83.1(c)(2) of the Local Uniform Civil Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi.[1] Doc. #2. Local Rule 83.1(c)(2) provides that a member of the bar of the United States District Court who has been suspended or disbarred from practice by a court of record shall be accorded thirty days within which to show cause why he or she should not be suspended or disbarred by this Court. The rule further provides that following a response to the order to show cause "and after hearing, if one is requested, or upon expiration of the period allowed for response, if no response is made, the court may enter an appropriate order in which it may impose discipline, including, but not limited to, the same discipline administered by the other jurisdiction." L.U. Civ.

---

[1] A certified copy of the show cause order was mailed to Gunn at the address on file with the Court and The Mississippi Bar. The mail was not returned.

R. 83.1(c)(2).

Because there is no question that the Mississippi Supreme Court is a court of record and because Gunn did not respond to this Court's show cause order within the time allowed or at any subsequent point, the Court concludes that reciprocal discipline is appropriate. Accordingly, Gunn is **SUSPENDED** from practicing in the Northern District of Mississippi for six months effective November 1, 2023, to include three months of active suspension followed by three months of probation. Such suspension shall not be lifted unless and until Gunn establishes that he has been restored as an attorney in good standing with the Mississippi Bar and the Mississippi Supreme Court. The Clerk of Court is **DIRECTED** to send a certified copy of this order to Gunn at his address of record, to the Executive Director of the Mississippi Bar, to the United States Attorney for the Northern District of Mississippi, and to the United States Court of Appeals for the Fifth Circuit.

**SO ORDERED**, this 27th day of February, 2024.

**DEBRA M. BROWN**
**CHIEF DISTRICT JUDGE**